# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

CHARLES J. YOUNGBERG                                                                    PLAINTIFF
ADC #151933

V.                                   NO: 1:14CV00153 KGB/JWC

CLINT VAUGHAN *et al.*                                                                  DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Kristine G. Baker. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations.

Mail your objections to:
    Clerk, United States District Court
    Eastern District of Arkansas
    600 West Capitol Avenue, Suite A149
    Little Rock, AR 72201-3325

### DISPOSITION

On January 22, 2015, Plaintiff filed a motion seeking to voluntarily dismiss his complaint (docket entry #11). For good cause shown, that motion should be granted.

IT IS THEREFORE RECOMMENDED THAT:

1.    Plaintiff's motion to voluntarily dismiss his complaint (docket entry #11) be GRANTED, and Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE.

      2.      The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 23rd day of January, 2015.

                                                                  _____
                                                            UNITED STATES MAGISTRATE JUDGE