IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**CHARLES J. YOUNGBERG**                                                                                       **PLAINTIFF**
**ADC #151933**

v.                              Case No.: 1:14-cv-00153 KGB

**CLINT VAUGHAN, et al.**                                                                                      **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerry W. Cavaneau. Plaintiff Charles Youngberg has filed no objections, and the time to do so has now passed. After careful consideration, the Court approves and adopts in their entirety the Proposed Findings and Recommendations as this Court's findings in all respects.

It is therefore order that:

1. Mr. Youngberg's motion to dismiss voluntarily his complaint is granted (Dkt. No. 11), and his complaint is dismissed without prejudice.

2. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

SO ORDERED this 14th day of May, 2015.

_____
Kristine G. Baker
United States District Judge