**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**BATESVILLE DIVISION**

**CHARLES J. YOUNGBERG**                                                                    **PLAINTIFF**
**ADC #151933**

**v.**                                        **Case No.: 1:14-cv-00153 KGB**

**CLINT VAUGHAN, et al.**                                                                   **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed in this matter on this date, judgment is entered dismissing this case without prejudice. The Court denies the relief sought. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

SO ORDERED this 14th day of May, 2015.

_____
Kristine G. Baker
United States District Judge